# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Peterson, James D. | 2. Court or Organization<br><br>District Court - Western Wisconsin | 3. Date of Report<br><br>12/23/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>120 North Henry Street, Suite 560<br>Madison, WI 53703 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust No. 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998-1999 | Wisconsin Retirement System Plan; balance payable at retirement |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 12/23/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Associated Bank-Corp - salary and bonus |
| 2. | 2018 | University of Wisconsin Law School - stipend for teaching |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | John Jay College of Law | April 26-27, 2018 | New York, NY | Participate on panel at conference on solitary confinement | Travel, lodging, meals |
| 2. | Federal Judges Association | May 5-8, 2018 | Washington, D.C. | Board of Directors Meeting | Travel, lodging, meals |
| 3. | U.S. Department of Justice | June 11-15, 2018 | Dar es Salaam, Tanzania | DOJ/State Dept. educational program on plea agreements for Tanzanian gov't officials | Travel, lodging, meals |
| 4. | Intellectual Property Owners Association | September 24, 2018 | Chicago, IL | Participate on panel on development of patent law at annual conference | Travel, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 12/23/2019 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 12/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 12/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ally Bank cash account | A | Interest | K | T | | | | | |
| 2. Associated Bank cash account | A | Interest | J | T | | | | | |
| 3. UW Credit Union cash account | A | Interest | J | T | | | | | |
| 4. Associated Banc-Corp Stock | B | Dividend | L | T | Distributed (part) | 01/03/18 | J | | |
| 5. | | | | | Open | 01/26/18 | J | | |
| 6. | | | | | Open | 02/08/18 | K | | |
| 7. | | | | | Sold (part) | 02/17/18 | L | | |
| 8. CREF Stock | | None | L | T | | | | | |
| 9. Fidelity Government Money Market Fund | A | Int./Div. | J | T | | | | | |
| 10. Fidelity Small Cap Value Fund | C | Int./Div. | | | Sold | 09/17/18 | J | | |
| 11. Harbor International Institutional Fund | C | Int./Div. | | | Sold | 09/17/18 | K | | |
| 12. Fidelity 500 Index | G | Int./Div. | | | Sold | 09/17/18 | O | | |
| 13. Fidelity Mid Cap Index | D | Int./Div. | | | Sold | 09/17/18 | J | | |
| 14. Fidelity Small Cap Index | D | Int./Div. | | | Sold | 09/17/18 | K | | |
| 15. GK Phenomenelle Fund LLC Membership | | None | K | U | | | | | |
| 16. Fidelity Core Cash Account | A | Interest | J | T | | | | | |
| 17. Fidelity International Index | | None | | | Sold | 09/17/18 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Total Bond | | None | | | Sold | 09/17/18 | M | | |
| 19. Fidelity Individual Cash Account | A | Interest | L | T | | | | | |
| 20. Vanguard Institutional Index (W) | A | Int./Div. | M | T | | | | | |
| 21. Vanguard Bond MKT ADM | A | Int./Div. | K | T | | | | | |
| 22. Vanguard Target Retirement 2020 | A | Int./Div. | L | T | | | | | |
| 23. Fidelity Int'l Enhanced Index Fund | | None | | | Buy | 01/03/18 | M | | |
| 24. | | | | | Sold | 09/17/18 | M | | |
| 25. Fidelity SAI US Value Index Fund | A | Int./Div. | K | T | Buy | 09/18/18 | K | | |
| 26. Fidelity SAI U.S. Momentum Index Fund | A | Int./Div. | K | T | Buy | 09/18/18 | K | | |
| 27. Fidelity SAI U.S. Large Cap Index | C | Int./Div. | N | T | Buy | 09/18/18 | N | | |
| 28. Fidelity SAI International Index | | None | | | Buy | 09/19/18 | J | | |
| 29. | | | | | Sold | 12/18/18 | J | | |
| 30. Fidelity SAI Emerg Markets Index | | None | | | Buy | 09/17/18 | J | | |
| 31. | | | | | Sold | 12/28/18 | J | | |
| 32. Fidelity SAI U.S. Quality Index Fund | A | Int./Div. | L | T | Buy | 09/18/18 | L | | |
| 33. FID SAI Small Mid Cap 500 Index Fund | | None | | | Buy | 09/17/18 | J | | |
| 34. | | | | | Sold | 12/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 12/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Strategic Income Fund | A | Int./Div. | | | Buy | 09/18/18 | J | | |
| 36. | | | | | Sold | 12/28/18 | J | | |
| 37. Fidelity US Bond Index Fund | | None | | | Buy | 09/17/18 | J | | |
| 38. | | | | | Sold | 12/18/18 | J | | |
| 39. Fidelity Conservative Income Bond Fd | A | Int./Div. | | | Buy | 09/18/18 | J | | |
| 40. | | | | | Sold | 12/28/18 | J | | |
| 41. Strategic Advisers Income Opportunities | A | Int./Div. | K | T | Buy | 09/18/18 | K | | |
| 42. | | | | | Sold (part) | 12/12/18 | J | | |
| 43. Fidelity Inflat-Prot Bd Index Fund | A | Int./Div. | J | T | Buy | 09/18/18 | J | | |
| 44. | | | | | Sold (part) | 12/11/18 | J | | |
| 45. Fidelity Government Cash Reserves | A | Interest | J | T | Buy | 09/28/18 | J | | |
| 46. IShares Core S&P Small Cap | A | Int./Div. | K | T | Buy | 09/19/18 | K | | |
| 47. IShares TR EAFE Sml Cp | A | Int./Div. | J | T | Buy | 09/19/18 | J | | |
| 48. IShares TR EAFE Grwth ETF | | None | | | Buy | 09/19/18 | J | | |
| 49. | | | | | Sold | 12/24/18 | J | | |
| 50. IShares Inc Core MSCI Emerging Mkts | | None | | | Buy | 09/17/18 | J | | |
| 51. | | | | | Sold | 12/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 12/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Select Sector Spdr Tr Energy | A | Int./Div. | K | T | Buy | 09/19/18 | K | | |
| 53. Fidelity Total Bond | | None | | | Buy | 01/31/18 | J | | |
| 54. | | | | | Sold | 09/17/18 | J | | |
| 55. Fidelity 500 Index Prem (W) | B | Int./Div. | | | Buy | 04/06/18 | J | | |
| 56. | | | | | Sold | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 12/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Vanguard Balanced Index Fund reported in error on 2017 annual report.

Due to changes in available investment options, effective March 27, 2017, holdings in the Vanguard Balanced Index Fund were transferred to the Vanguard Target Retirement 2020 Fund. The 2017 disclosure reported the correct year-end value of the Vanguard Target Retirement 2020 Fund, but it should have also shown then sales of the holdings in Vanguard Balanced Index Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 12/23/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James D. Peterson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544